Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>        Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>        Defendant. | CASE NO. C 07-04871-MEJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to
4   obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant.  The
7   disclosure of this information is consistent with University of San Francisco's obligations under 20
8   U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

13  Dated: October 4, 2007                    By: _____
14                                                 ~~United Stat~~

*[Seal: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court / Northern District of California]*

1

~~Proposed~~ Order
Case No. C 07-04871 MEJ
#32527 v1