Matthew Franklin Jaksa (SBN 248072)
Holme Roberts & Owen LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
matt.jaksa@hro.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., et al.,

    Plaintiff(s),

v.

JOHN DOE,

    Defendant(s).

No. C 07-04871-MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 14, 2007

_____
Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")