Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　　Defendant. | CASE NO. 3:07-CV-04871-MEJ<br><br>Honorable Maria-Elena James<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for December 27, 2007, at 10:00 a.m. to March 27, 2008.

    Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of San Francisco, so that Plaintiffs could obtain information sufficient to identify Defendant. On October 4, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on University of San Francisco. On November 30, 2007, University of San Francisco responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name and contact information.

    Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation, Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible settlement of this matter. If the parties do not reach a settlement, Plaintiffs will file an amended complaint naming Defendant personally.

    Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for December 27, 2007, at 10:00 a.m. to March 27, 2008.

Dated: December 14, 2007                 HOLME ROBERTS & OWEN LLP

By:     */s/ Matthew Franklin Jaksa*
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs
    UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

1

# **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 27, 2007, at 10:00 a.m. be continued to March 27, 2008.

Dated: _____   By: _____
                                      Honorable Maria-Elena James
                                      United States Magistrate Judge