1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:          matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; WARNER
   BROS. RECORDS INC.; PRIORITY
8  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and BMG MUSIC
9

10                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION

| 12 | UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　　Defendant. | CASE NO. 3:07-CV-04871-MEJ<br><br>Honorable Maria-Elena James<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

1   Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for December 27, 2007, at 10:00 a.m. to March 27, 2008.

3   Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,
4 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5 Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of
6 San Francisco, so that Plaintiffs could obtain information sufficient to identify Defendant.  On
7 October 4, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to
8 Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on University of San
9 Francisco.  On November 30, 2007, University of San Francisco responded to Plaintiffs' subpoena,
10 providing Plaintiffs with identifying information including Defendant's name and contact
11 information.

12   Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
13 Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible
14 settlement of this matter.  If the parties do not reach a settlement, Plaintiffs will file an amended
15 complaint naming Defendant personally.

16   Given the foregoing circumstances, and because there is not yet a named defendant in this
17 case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the
18 Court continue the case management conference currently set for December 27, 2007, at 10:00 a.m.
19 to March 27, 2008.

20 Dated:  December 14, 2007                    HOLME ROBERTS & OWEN LLP

22                            By:         */s/ Matthew Franklin Jaksa*
23                                MATTHEW FRANKLIN JAKSA
                                  Attorney for Plaintiffs
24                                UMG RECORDINGS, INC.; VIRGIN
                                  RECORDS AMERICA, INC.; WARNER
25                                BROS. RECORDS INC.; PRIORITY
                                  RECORDS LLC; SONY BMG MUSIC
26                                ENTERTAINMENT; and BMG MUSIC

1

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04871-MEJ
#34450 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 27, 2007, at 10:00 a.m. be continued to March 27, 2008.

Dated: December 17, 2007        By: _____
                                    Honorable Maria-Elena James
                                    United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James*

---

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04871-MEJ
#34450 v1

1