1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; WARNER
   BROS. RECORDS INC.; PRIORITY
8  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and BMG MUSIC
9

10                              UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
11                                 SAN FRANCISCO DIVISION

| 12 | UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> MEGAN DECORT, <br> Defendant. | CASE NO. 3:07-CV-04871-MEJ <br><br> Honorable Maria-Elena James <br><br> ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

Plaintiffs respectfully request that the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m. to June 26, 2008. As further explained below, Defendant Megan DeCort ("Defendant") has not appeared in this case; however, the parties have been in contact regarding settlement, and Plaintiffs anticipate a settlement of this matter to be finalized soon. In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed their initial Complaint for Copyright Infringement against a John Doe defendant on September 20, 2007. In order to determine the Doe defendant's true name and identity, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery, requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"). The Court entered an Order for Leave to take Immediate Discovery on October 4, 2007, which was served upon the ISP along with a subpoena seeking Defendant's identifying information. The ISP responded to Plaintiffs' subpoena, identifying the defendant, Megan DeCort.

2. Plaintiffs then sent written notice to Defendant of their claims and attempted to contact Defendant regarding settlement of this matter. During that time, while the case was still in the Doe stage, Plaintiffs requested a previous continuance of the case management conference, which the Court granted by its Order of December 17, 2007.

3. When attempts to resolve the dispute were unsuccessful, Plaintiffs, on February 8, 2008, filed the First Amended Complaint naming Megan DeCort individually as the defendant. Defendant was served with process on February 23, 2008, by substitute service.

4. Defendant has not filed an answer or other response to the Complaint, nor served an answer or other response upon Plaintiffs' attorneys of record. Accordingly, Plaintiffs are prepared to seek entry of default and a default judgment if necessary. However, the parties have again been in contact regarding settlement, and Plaintiffs anticipate that a settlement will be finalized shortly.

5.  Given the foregoing circumstances, and because Defendant has not appeared in this action, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m. to June 26, 2008, or such other date as conveniences the Court.

Dated: March 17, 2008

HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa___
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for March 27, 2008, at 10:00 a.m. be continued to June 26, 2008.

Dated: _____    By: _____
Honorable Maria-Elena James
United States Magistrate Judge

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3  I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am
4  over the age of eighteen years and not a party to the within action. My business address is 560
5  Mission Street, 25th Floor, San Francisco, CA 94105.

6  On March 17, 2008, I served the foregoing documents described as:

7  **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND**
8  **[PROPOSED] ORDER** on the interested party in this action by placing a true and correct copy
9  thereof enclosed in a sealed envelope addressed as follows:

> **Megan DeCort**
> **3014 Evergreen Street**
> **San Diego, CA 92110**

13  ☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and
14  processing correspondence for mailing. Under that practice it would be deposited with U.S. postal
15  service on that same day with postage thereon fully prepaid at San Francisco, California in the
16  ordinary course of business. I am aware that on motion of the party served, service is presumed
17  invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
18  mailing in affidavit.

19  ☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this
20  court at whose direction the service was made.

21  Executed on March 17, 2008 at San Francisco, California.

*/s/ Sula Grant*

1

Proof of Service
Case No. 5:07-cv-04790-HRL
#34788 v1