1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; WARNER
   BROS. RECORDS INC.; PRIORITY
8  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and BMG MUSIC
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership, | CASE NO. 3:07-CV-04871-MEJ |
|---|---|
| Plaintiffs, | Honorable Maria-Elena James |
| v. | *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| MEGAN DECORT, Defendant. | |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04871-MEJ
#36208 v1

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m. to June 26, 2008.  As further explained below, Defendant Megan DeCort ("Defendant") has not appeared in this case; however, the parties have been in contact regarding settlement, and Plaintiffs anticipate a settlement of this matter to be finalized soon.  In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed their initial Complaint for Copyright Infringement against a John Doe defendant on September 20, 2007.  In order to determine the Doe defendant's true name and identity, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery, requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").  The Court entered an Order for Leave to take Immediate Discovery on October 4, 2007, which was served upon the ISP along with a subpoena seeking Defendant's identifying information.  The ISP responded to Plaintiffs' subpoena, identifying the defendant, Megan DeCort.

2. Plaintiffs then sent written notice to Defendant of their claims and attempted to contact Defendant regarding settlement of this matter.  During that time, while the case was still in the Doe stage, Plaintiffs requested a previous continuance of the case management conference, which the Court granted by its Order of December 17, 2007.

3. When attempts to resolve the dispute were unsuccessful, Plaintiffs, on February 8, 2008, filed the First Amended Complaint naming Megan DeCort individually as the defendant.  Defendant was served with process on February 23, 2008, by substitute service.

4. Defendant has not filed an answer or other response to the Complaint, nor served an answer or other response upon Plaintiffs' attorneys of record.  Accordingly, Plaintiffs are prepared to seek entry of default and a default judgment if necessary.  However, the parties have again been in contact regarding settlement, and Plaintiffs anticipate that a settlement will be finalized shortly.

1    5.    Given the foregoing circumstances, and because Defendant has not appeared in this
2    action, a case management conference is unnecessary at this time.  Plaintiffs therefore request that
3    the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m.
4    to June ~~26,~~ 2008, or such other date as conveniences the Court.

Dated:  March 17, 2008                              HOLME ROBERTS & OWEN LLP

                                                    By: _____/s/ Matthew Franklin Jaksa___
                                                         MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
                                                         UMG RECORDINGS, INC.; VIRGIN
                                                         RECORDS AMERICA, INC.; WARNER
                                                         BROS. RECORDS INC.; PRIORITY
                                                         RECORDS LLC; SONY BMG MUSIC
                                                         ENTERTAINMENT; and BMG MUSIC

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for March 27, 2008, at 10:00 a.m. be continued to ~~June 26, 2008.~~ June 19, 2008 at 10:00 a.m.

       March 18, 2008
Dated:  _____           By:  _____
                                          Honorable Maria-Elena James
                                          United States Magistrate Judge

2
Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04871-MEJ
#36208 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On March 17, 2008, I served the foregoing documents described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

        **Megan DeCort**
        **3014 Evergreen Street**
        **San Diego, CA 92110**

    ☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on March 17, 2008 at San Francisco, California.

*/s/ Sula Grant*