Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>            Plaintiffs,<br><br>     v.<br><br>MEGAN DECORT,<br>            Defendant. | CASE NO. 3:07-CV-04871-MEJ<br><br>Honorable Maria-Elena James<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2 copyright infringement claim against Defendant Megan DeCort, each party to bear its/her own fees
3 and costs.  The Clerk of Court is respectfully requested to close this case.

5 Dated:  March 24, 2008                                          HOLME ROBERTS & OWEN LLP

7                                                                 By:  _____/s/ Matthew Franklin Jaksa___
                                                                      MATTHEW FRANKLIN JAKSA
8                                                                     Attorney for Plaintiffs
9                                                                     UMG RECORDINGS, INC.; VIRGIN
                                                                      RECORDS AMERICA, INC.; WARNER
10                                                                    BROS. RECORDS INC.; PRIORITY
                                                                      RECORDS LLC; SONY BMG MUSIC
11                                                                    ENTERTAINMENT; and BMG MUSIC

Notice of Dismissal
Case No. 3:07-cv-04871-MEJ
#36359 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 24, 2008, I served the foregoing documents described as: **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Megan DeCort**
> **3014 Evergreen Street**
> **San Diego, CA 92110**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008 at San Francisco, California.

*/s/ Sula Grant*

1

Proof of Service
Case No. 5:07-cv-04790-HRL
#36359 v1